Gary D. Hull, Esq.
Gary D. Hull, P.C.
Suite 903, Pacific News Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Tel: 477-9084
Fax: 477-9087

Attorney for Defendant
TAKAHISA GOTO

FILED
DISTRICT COURT OF GUAM
AUG 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TAKAHISA GOTO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00017 <br><br> STIPULATION ~~AND ORDER~~ <br> ALLOWING OFF-ISLAND TRAVEL <br> FOR BUSINESS PURPOSES <br> (Thirteenth Trip) |

Come now Gary D. Hull, Esq., attorney of record for Takahisa Goto, defendant, and the United States of America, by and through Jeffrey J. Strand, Assistant U.S. Attorney, who hereby STIPULATE and AGREE that the defendant be allowed to travel off Guam to Japan on September

ORIGINAL

4, 2005 through September 8, 2005 for business purposes. A planned itinerary for such trip is attached hereto as Exhibit "A".

**SO STIPULATED:**

**DATED:** 8/18/05

| | |
|---|---|
| GARY D. HULL, P.C. | U.S. ATTORNEY'S OFFICE |
| *[signature]* | *[signature]* |
| GARY D. HULL | JEFFREY J. STRAND |
| Attorney for defendant | Assistant United States Attorney |

**AGREED AND APPROVED:**

U.S. PROBATION OFFICE

*[signature]*
_____
CHIEF PROBATION OFFICER

Defendant's request is hereby approved. The U.S. District Court shall release defendant's passport prior to the scheduled travel date, and defendant shall return same promptly upon his return from such travel.

**DATED:**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER ALLOWING OFF-ISLAND
TRAVEL FOR BUSINESS PURPOSES (THIRTEENTH TRIP)
CRIMINAL CASE NO. 04-00017
PAGE 2

Case 1:04-cr-00017   Document 36   Filed 08/25/2005   Page 2 of 3

Date: August 17, 2005

United State District Court
District of Guam and Northern Mariana Island

United State Probation Office

Reference:     Takahisa Goto

Subject:       Request for Business trip to Fukuoka, Japan.

I would like to apply business trip to Fukuoka, Japan from September 04, to September 08, 2005 for purchase and pick up of special tools, supplies for cleaning service jobs at Leo Palace Resort Hotel Club House' Spa.

We are still negotiating process for contract of cleaning works in today (8/17/05). But, Mr. Shimizu / Leo Palace Resort Club House Manager commented us to start from September, 2005. Therefore I must pick purchase and pick up tools and supplies as soon as possible.

This supplier takes 2 weeks for our purchase items, and will take additional 2 weeks to booking with shipping company, another additional 2 weeks to come to our office. It will take at lease 6 weeks; it will be too late for us to start cleaning contract.

Request Date:       September 04, 2005 to September 08, 2005
Destination:        Fukuoka, Japan
Location of Stay:   My Brother's House, Fukuoka, Japan

Phone No.:          I do informed Atty. Gary Hull's Office.
Cell Phone in Japan: I do informed Atty. Gary Hull's Office.

Takahisa Goto

Exhibit A