Gary D. Hull, Esq.
Gary D. Hull, P.C.
Suite 903, Pacific News Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Tel: 477-9084
Fax: 477-9087

**FILED**
DISTRICT COURT OF GUAM

AUG 2 5 2005

**MARY L.M. MORAN
CLERK OF COURT**

Attorney for Defendant
TAKAHISA GOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER ALLOWING OFF-ISLAND** |
| | ) | **TRAVEL FOR BUSINESS** |
| TAKAHISA GOTO, | ) | **PURPOSES** |
| | ) | **(Thirteenth Trip)** |
| Defendant. | ) | |
| | ) | |

Defendant's request is hereby approved. The U.S. District Court shall release defendant's

passport prior to the scheduled travel date, and defendant shall return same promptly upon his return

from such travel.

**DATED:** 8/25/2005



RECEIVED

AUG 2 5 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
UNITED STATES MAGISTRATE JUDGE
**JOAQUIN V.E. MANIBUSAN, JR.**