IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TAKAHISA GOTO,<br><br>   Defendant.<br>_____/ | Criminal Case 04-00017<br><br>**ORDER RE SENTENCING DOCUMENTS** |

All Responses to the Presentence Report by the parties including any Motion for Downward Departure that the Government may file shall be due to the Court by end of business on **September 30, 2005**. The Court will not continue this matter and expects the parties to be well prepared for the sentencing hearing scheduled on October 27, 2005.

**IT IS SO ORDERED.**

Dated: September 8, 2005.

SO ORDERED.
/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORIGINAL