Gary D. Hull, Esq.
Gary D. Hull, P.C.
Suite 903, Pacific News Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Tel: 477-9084
Fax: 477-9087

Attorney for Defendant
TAKAHISA GOTO



**FILED**
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>                       Plaintiff,      )<br>                                        )<br>        vs.                             )<br>                                        )<br> TAKAHISA GOTO,                         )<br>                                        )<br>                       Defendant.      )<br>_____) | CRIMINAL CASE NO. 04-00017<br><br>**STIPULATION ALLOWING<br>OFF-ISLAND TRAVEL<br>FOR BUSINESS PURPOSES**<br>**(Fourteenth Trip)** |

Come now Gary D. Hull, Esq., attorney of record for Takahisa Goto, defendant, and the United States of America, by and through Jeffrey J. Strand, Assistant U.S. Attorney, who hereby STIPULATE and AGREE that the defendant be allowed to travel off Guam to Japan on October 18,

ORIGINAL

2005 through October 22, 2005 for business purposes. A planned itinerary for such trip is attached hereto as Exhibit "A".

**SO STIPULATED:**

**DATED:**

| GARY D. HULL, P.C. | U.S. ATTORNEY'S OFFICE |
|---|---|
| */signature/* | */signature/* |
| GARY D. HULL | JEFFREY J. STRAND |
| Attorney for defendant | Assistant United States Attorney |

**AGREED AND APPROVED:**

U.S. PROBATION OFFICE

*/signature/*
CHIEF PROBATION OFFICER

Date: October 3, 2005

United State District Court
District of Guam and Northern Mariana Island

United State Probation Office

Reference:      Takahisa Goto

Subject:        Application for "Business trip to Fukuoka, Japan"

I would like to apply to have a permit to go to business trip to visit San-Ei Plumbing Fixtures Co. Ltd., NCA Co. Ltd., and YKK AP Co. Ltd. in Japan from October 18, thru 22, 2005.
1) We received purchase order of TOTO brand WASHELT (Toilet seats with washing system for behind) from our customer. TOTO Co. Ltd does not make fitting for U.S. made flush valve. I need to visit SAN-EI Plumbing Fixtures Manufacture Co. to request special plumbing fitting for SLOAN Flush Valve or other U.S.A. made flush valve to install it.
2) We received order of Room Door Bell parts and Sliding Door Handles from Palace Hotel and inquire parts of Sliding Door from Leo Palace Resort.
3) We had been contract with Leo Palace Resort for Cleaning, Polishing of Granite at Golf Club House Spa since September 2005. I would like to pick up Power tools and supplies for polishing of Granite Floor that we ordered to NCA Co., Ltd. at Fukuoka, Japan.


I will stay my brother's House, Fukuoka, Japan.
I informed my Attorney Gary Hull's office for contact phone number and address.

*[signature]*
Takahisa Goto

Exhibit A