Gary D. Hull, Esq.
Gary D. Hull, P.C.
Suite 903, Pacific News Bldg.
238 Archbishop Flores St.
Hagåtña, Guam 96910
Tel: 477-9084
Fax: 477-9087

Attorney for Defendant
TAKAHISA GOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER ALLOWING OFF-ISLAND TRAVEL FOR BUSINESS PURPOSES** |
| TAKAHISA GOTO, | ) | **(Fourteenth Trip)** |
| Defendant. | ) | |

Defendant's request is hereby approved. The U.S. District Court shall release defendant's passport prior to the scheduled travel date, and defendant shall return same promptly upon his return from such travel.

DATED: 6 Oct. 2005

_____
LLOYD D. GEORGE, DESIGNATED JUDGE