IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING



FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00017**      **DATE: 10/27/2005**

**HON. WILLIAM ALSUP, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 8:10:13 - 9:41:30

Law Clerk: K. Walmsley / J. Moton
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / P. Taijeron

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* APPEARANCES \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: TAKAHISA GOTO**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.

**ATTY: GARY HULL**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND

AGENT: TAI LEE, I.R.S. / RICK FUENTES, DEPARTMENT OF HOMELAND SECURITY

U.S. PROBATION: CARLEEN BORJA / MARIA CRUZ

U.S. MARSHAL: S. LUJAN / F. TAITAGUE / J. CURRY

INTERPRETER: _____

LANGUAGE: _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:      Total offense level:      Criminal History Category:

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
<u>Requested the Court to consider a sentence of 1 year probation. He further requested the Court not impose home confinement which would affect his client's ability to conduct his business.</u>

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
<u>Recommended a sentence of probation.</u>

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

<u>The Government moved to dismiss the Indictment and the Superseding Indictments in Criminal Case No. 03-00047 as it pertains to Mr. Goto. GRANTED.</u>

SENTENCE: CR-04-00017              DEFENDANT: TAKAHISA GOTO

( X )    DEFENDANT SENTENCED TO PROBATION FOR A TERM OF  TWO YEARS .

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL PARTICIPATE IN A THREE MONTH HOME CONFINEMENT PROGRAM WHICH WILL INCLUDE ELECTRONIC MONITORING. DEFENDANT IS RESTRICTED TO HIS HOME AT ALL TIMES EXCEPT FOR EMPLOYMENT AS APPROVED BY THE U.S. PROBATION OFFICE, ATTORNEY VISITS, MEDICAL, RELIGIOUS SERVICES AND TO CONDUCT SPEECHES.

2. DEFENDANT SHALL NOT TRAVEL UNLESS APPROVED BY THE U.S. PROBATION OFFICE.

3. DEFENDANT SHALL DURING THE FIRST YEAR OF PROBATION GIVE AT LEAST ONE SPEECH TO A TOTAL AUDIENCE OF AT LEAST 200 PEOPLE. THE PROBATION OFFICER MUST BE PRESENT AT THE SPEECH.

4. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE WITH CREDIT FOR SPEECHES CONDUCTED.

5. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG TESTING CONDITIONS IS HEREBY SUSPENDED BASED UNLESS RECOMMENDED BY THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3563.

8. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM, DANGEROUS WEAPONS OR AMMUNITION.

9. DEFENDANT SHALL BE PROHIBITED FROM INCURRING NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF THE U.S. PROBATION OFFICE UNLESS HE IS IN COMPLIANCE WITH THE PAYMENT SCHEDULE.

10. DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A FINE OF $2,000.00 TO BE PAID DURING THE TERM OF PROBATION AND A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS.

TIME ENDED: 9:41 A.M.