# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>   vs.<br><br>Takahisa Goto,<br><br>             Defendant. | Case No. 1:04-cr-00017<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry filed October 31, 2005****,* on the dates indicated below:

| *U.S. Attorney's Office* | *Gary D. Hull* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 1, 2005* | *November 1, 2005* | *November 1, 2005* | *November 2, 2005* |
| | | *(Judgment only)* | *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry filed October 31, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                                         /s/ Leilani R. Toves Hernandez
                                                                                          Deputy Clerk