
**FILED**
DISTRICT COURT OF GUAM

APR -5 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**TAKAHISA GOTO** )<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 04-00017-001<br><br>TRAVEL REQUEST INFORMATION |

    On October 27, 2005, Takahisa Goto was sentenced by the Honorable William H. Alsup for Aiding and Abetting Money Laundering, in violation of 18 U.S.C. §§ 2 and 1956 (A)(1)(A)(i). Mr. Goto is requesting the Court's permission to travel to Japan for employment purposes. He intends to attend a seminar for new products developed by the Hydrotect Company located in Japan. He is scheduled to depart Guam on April 15, 2006 and return on April 25, 2006.

    Mr. Goto has been compliant with his conditions of probation: served three months home confinement; paid his $100 special assessment fee and $2,000 fine; and performed 200 hours of community service. The only special condition not completed at this time is his Court ordered speech before a group of people. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

**ORIGINAL**