| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

**ORIGINAL**

TAKAHISA GOTO
USDC Cr. Cs. No. 04-00017-001
SSN: XXX-XX-0447
DOB: XX-XX-1951
HT: 5'6"  WT: 165 lbs.



DATE  April 4, 2006

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006 
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO                Japan

LEAVING       April 15, 2006        AND RETURNING      April 25, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THE TRIP:

Employment

Accommodations:   4-5-5214, Ozasa, Chuo-ku
Fukuoka, Japan (brother's residence)
Tel: (81-90-1519-2099 (cell)


**RECEIVED**
APR - 5 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN PERSON.)

1. You shall abide by your supervised release conditions while in Japan.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME      N/A
ADDRESS

[X] APPROVED    [ ] DISAPPROVED

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE