

**FILED**
DISTRICT COURT OF GUAM
MAY 19 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>TAKAHISA GOTO<br>Defendant. | CRIMINAL CASE NO. 04-00017-001<br><br>**TRAVEL REQUEST INFORMATION** |

On October 27, 2005, Takahisa Goto was sentenced by the Honorable William H. Alsup for Aiding and Abetting Money Laundering, in violation of 18 U.S.C. §§ 2 and 1956 (A)(1)(A)(i). Mr. Goto is requesting the Court's permission to travel to Japan and Korea for employment purposes. He intends to go to the TOTO, Ltd. factories in Japan and Korea for consultation meetings involving the installation of a new system at the Leo Palace Hotel and Resort on Guam. He is scheduled to depart Guam on June 2, 2006 and return on June 12, 2006.

Mr. Goto has been compliant with his conditions of probation. He served three months home confinement; paid his $100 special assessment fee and $2,000 fine; and performed 200 hours of community service. The only special condition not completed at this time is his Court ordered speech before a group of people which he intends to complete in June 2006. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

**ORIGINAL**