| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

TAKAHISA GOTO
USDC Cr. Cs. No. 04-00017-001
SSN: XXX-XX-0447
DOB: XX-XX-1951
HT: 5'6"  WT: 165 lbs.



DATE  May 18, 2006

**FILED**
DISTRICT COURT OF GUAM
MAY 22 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   Japan and Korea

LEAVING   June 2, 2006   AND RETURNING   June 12, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**Employment**

Accommodations:    4-5-5214, Ozasa, Chuo-ku        M-Chellvelle
                   Fukuoka, Japan                  16-31 Socho 4-dong
                   Tel: (81-90-1519-2099 (cell)    Seoul, Korea
                                                   Tel: +82-2-3480-6000

1. You shall abide by your probation conditions while in Japan and Korea.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

RECEIVED
MAY 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☒ APPROVED   ☐ DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge