| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

TAKAHISA GOTO
USDC Cr. Cs. No. 04-00017-001
SSN: XXX-XX-0447
DOB: XX-XX-1951
HT: 5'6"  WT: 165 lbs.



DATE __September 14, 2006__

YOU ARE AUTHORIZED TO TRAVEL TO      __Japan__

LEAVING __September 22, 2006__   AND RETURNING __October 2, 2006__

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:  Business

ACCOMMODATIONS:  4-5-5214, Ozasa, Chuo-ku
Fukuoka, Japan
Tel: 81-92-524-0788

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your probation conditions while in Japan.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS _____

[X] APPROVED   [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

DATE: 9/18/2006

ORIGINAL

RECEIVED
SEP 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:04-cr-00017   Document 58   Filed 09/18/2006   Page 1 of 1