| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |
|---|---|---|

TAKAHISA GOTO
USDC Cr. Cs. No. 04-00017-001
SSN: XXX-XX-0447
DOB: XX-XX-1951
HT: 5'6"  WT: 165 lbs.



DATE: November 14, 2006

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO: Japan and Korea

LEAVING: November 18, 2006  AND RETURNING: November 28, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP: Business

ACCOMMODATIONS: Fukuoka, Japan
Yongsan-ku, Seoul, Korea

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your probation conditions while in Japan.

2. Report to the U.S. Probation Office in person within 72 hours upon arrival to Guam.

3. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

_CARMEN D. O'MALLAN_
UNITED STATES PROBATION OFFICER

☑ APPROVED  ☐ DISAPPROVED

NAME: N/A
ADDRESS: _____

**RECEIVED**
NOV 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE: Nov 17th 2006

ORIGINAL