| PROB 35 | **Report and Order Terminating Probation** |
|---|---|
| (3/07) | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

        v.                     CRIMINAL CASE NO.    04-00017-001

      TAKAHISA GOTO

      On October 27, 2005, the above named was placed on probation of five years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

                                                            Respectfully submitted,

                                                            FRANK MICHAEL CRUZ
                                                            Chief U.S. Probation Officer



                                                            /s/ CARMEN D. O'MALLAN
                                                            U.S. Probation Officer Specialist

Reviewed by:



            /s/ ROSSANNA VILLAGOMEZ-AGUON
            U.S. Probation Officer
            Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TAKAHISA GOTO, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. 04-00017-001<br><br>**SPECIAL REPORT** |

**Re:    Request for Early Termination from Probation**

      Takahisa Goto was sentenced on October 27, 2005, by the Honorable William Alsup, Designated Judge, District of Guam, for Aiding and Abetting Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2.  He was sentenced to two years probation.  In addition to the standard and mandatory conditions of probation, Mr. Goto was ordered to serve three months home confinement to include electronic monitoring; not to travel without the approval of the U.S. Probation Office; give at least one speech at an event to a group of no less than 200 people during the first year of term of probation and in the presence of the probation officer; perform 200 hours of community service; not possess a controlled substance and refrain from any unlawful use of a controlled substance; shall not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office unless in compliance with the payment schedule;  provide U.S. Probation Office with access to any requested financial information; pay a fine in the amount of $2,000; and a special assessment fee of $100.  Mr. Goto's term of supervision is scheduled to expire on October 26, 2007.

      Mr. Goto satisfied his special assessment fee on October 27, 2005, and paid his $2,000 fine on November 3, 2005.  He satisfied his three month term of home confinement with electronic monitoring on February 28, 2006, completed 200 hours of community service on February 26, 2006, and on March 7, 2006, he submitted to DNA collection as instructed.  On June 26, 2006, Mr. Goto gave his "I Am a Convicted Felon" speech before an audience exceeding 278 adults.  Mr. Goto chose to give his prepared speech during the

SPECIAL REPORT
Request for Early Termination from Probation
Re:   GOTO, Takahisa
USDC Cr. Cs. No. 04-00017-001
May 10, 2007
Page - 2 -

21st anniversary party of his company.  The audience consisted primarily of his customers and family who were young to middle-aged adults.  Mr. Goto's speech was edited by the Probation Office, but included additional information to include a warning to the audience against temptations to abuse federal agencies such as Small Business Administration (SBA) and Federal Emergency Management Agency (FEMA), who provide funding to islanders during disasters.  He further stressed the importance of accepting responsibility for any illegal acts.

Mr. Goto has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, and has had no recent record of arrests or convictions.  He has been an exemplary probationer who took on the challenges of his conditions without any hesitation.  There are no identifiable risks to the safety of any individual or to the public.  Mr. Goto has been in full compliance with all of the conditions of his probation.

In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3564(c), as such action is warranted by Mr. Goto's full compliance with his conditions of release, and is in the interest of justice.  This request for early termination comes as a joint recommendation from Assistant U.S. Attorney Jeffrey Strand.

RESPECTFULLY submitted this 10th day of May 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By   /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
   Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File