| PROB 35 (3/07) | **Report and Order Terminating Probation**<br>**Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

       v.                      CRIMINAL CASE NO.   04-00017-001

TAKAHISA GOTO

On October 27, 2005, the above named was placed on probation of five years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

                                              Respectfully submitted,

                                              FRANK MICHAEL CRUZ
                                              Chief U.S. Probation Officer


                                              /s/ CARMEN D. O'MALLAN
                                              U.S. Probation Officer Specialist

Reviewed by:


/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.


                                          **/s/ Frances M. Tydingco-Gatewood**
                                                    **Chief Judge**
                                               **Dated: May 11, 2007**